UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :         ORDER
                                        :
   DAVID LAZARO OLIVA                   :
                                        :       22 Cr. 325 (RA)
----------------------------------------x       Docket #
```

<u>  Ronnie Abrams           </u>, **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day, <u>  Camille Abate            </u> is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC <u> June 30, 2022 </u>.

**SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**

June 30, 2022
**Dated:  New York, New York**