UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 22 CR 325-01 (RA) |
| David Lazaro Oliva, | <u>ORDER</u> |
| Defendant. | |

Honorable Ronnie Abrams, U.S. District Judge:

IT IS HEREBY ORDERED THAT, as a special condition of supervised release, the defendant shall have no contact with Stephanie Alegarbes, her minor son, and her daughters Syann Baez and Melissa Rivera. The defendant is prohibited from making any communication with the protected individuals, including but not limited to, personal, written, or telephone contact.

Dated:   July 1, 2022
         New York, New York

_____
Ronnie Abrams
U.S. District Judge