

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2022

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. David Oliva*, 22 Cr. 325 (RA)

Dear Judge Abrams:

    The Government respectfully writes on behalf of all parties to request an adjournment of the conference scheduled for November 9, 2022 at 2:00 p.m.  The parties anticipate that a revocation hearing will be necessary in this violation of supervised release matter and request that such a hearing be scheduled on December 13, 14, or 15, 2022.  The Government anticipates that the hearing will not take longer than a day.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Madison Reddick Smyser
Assistant United States Attorney
(212) 637-2381

Application granted. A revocation hearing is scheduled for December 13, 2022 at 10:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 9, 2022

Cc:    Camille Abate, Esq.  (by ECF)
       Probation (by email)