

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 9, 2022

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 10, 2022

Re:   *United States v. David Oliva*, 22 Cr. 325 (RA)

Dear Judge Abrams:

The Government submits this letter, with the consent of the United States Probation Office ("Probation"), to respectfully request that internal chronologies maintained by Probation, detailing David Oliva's supervision, be unsealed. The Court has scheduled a revocation hearing in this case for December 13, 2022. At that hearing, the Government intends to prove the Specifications set forth in the October 31, 2022 Amended Violation Report. Probation has indicated that they have information relevant to the Specifications and upcoming hearing contained within their chronologies. Accordingly, the Government respectfully requests that the Court enter an order unsealing these chronologies and related notes in advance of the hearing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  _____
Madison Reddick Smyser
Assistant United States Attorney
(212) 637-2381

Cc:   Camille Abate, Esq.  (by ECF)
        Probation (by email)