

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2022

**BY ECF**
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The revocation hearing is rescheduled to February 7, 2023 - February 8, 2023. The Clerk of Court is respectfully requested to terminate the gavels on letter motions #18 and #19.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> December 15, 2022

Re:   *United States v. David Oliva*, 22 Cr. 0325 (RA)

Dear Judge Abrams:

    Based on further communications with Your Honor's chambers, and on consent of all parties, the Government hereby requests that the revocation hearing previously scheduled for December 13-14, 2022 be rescheduled for all day February 7 and the first half of February 8.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: Katherine Cheng
    Assistant United States Attorney
    (212) 637-2492

Cc:   Camile Abate, Esq. (by ECF)
      Probation (by email)